# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AZEEZ LAWAL, § | |
|     Plaintiff, § | |
| § | |
| v. § | Case NO.: 4:25-CV-00810-SDJ-BD |
| § | |
| TURO INC. et al. § | HON. MAGISTRATE BILL DAVIS |
|     Defendants. § | HON. JUDGE SEAN B. JORDAN |
| § | Presiding |

## PLAINTIFF'S NOTICE OF IMMINENT FAIRCLAIMS PLATFORM SHUTDOWN AND REQUEST FOR LIMITED PRESERVATION CONFIRMATION

**TO THE HONORABLE JUDGE SEAN D. JORDAN AND MAGISTRATE JUDGE BILL DAVIS:**

Plaintiff Azeez Lawal respectfully submits this Notice to inform the Court of a time-sensitive development affecting preservation of the arbitration record. Plaintiff seeks only limited preservation-related relief consistent with the Court's stay order. This Notice does not request adjudication of the merits.

### 1. NEW, DATE-CERTAIN EVIDENCE: FAIRCLAIMS PLATFORM ACCESS ENDS FEBRUARY 26, 2026

FairClaims has defaulted (Docket 71). On January 16, 2026, FairClaims notified claimants that it is "**closing its doors**" and that users must log in and download arbitration records (including awards and submitted evidence) by **February 26, 2026**, with help desk services ending **February 27, 2026**. FairClaims further cautioned that the "referring organization may

retain some records," but that this is "not at all guaranteed." (*Exhibit G Series ~ G15, pP. 16-129 FairClaims Closure Notice*).

## 2. RELEVANCE AND NECESSITY OF PRESERVATION DURING STAY

The Court's stay order (Dkt. 68) expressly provides that the parties' preservation obligations remain in effect while jurisdictional issues are addressed. Because FairClaims platform access will soon terminate, preservation steps are necessary to avoid loss of unique arbitration materials during the pendency of the stay.

## 3. LIMITED RELIEF REQUESTED (PRESERVATION ONLY)

Consistent with Dkt. 68, Plaintiff respectfully requests that the Court direct Defendants to:

1. **Preserve** any copies of the FairClaims arbitration case files, awards, submissions, and arbitration-related data and communications in Defendants' possession, custody, or control; and
2. **File a brief statement within fourteen (14) days** confirming what preservation/download steps have been taken to prevent loss of the FairClaims arbitration records.

This request is narrowly tailored to preservation, time-limited, and seeks no merits determination.

Respectfully submitted,

/s/ Azeez Lawal
Azeez Lawal, Pro Se
azeezlawal@gmail.com
**January 19, 2026**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**/s/ Azeez Lawal**
Azeez Lawal, Pro Se
azeezlawal@gmail.com
**January 19, 2026**