# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| **AZEEZ LAWAL** | § | |
|  | § | |
| **v.** | § | **NO. 4:25-CV-00810-SDJ-BD** |
|  | § | |
| **TURO INC.,** *et al.* | § | |

## ORDER

On December 23, 2025, the court vacated all scheduling-order deadlines and stayed the case pending consideration of the court's jurisdiction. Dkt. 68. In that order, the court noted that it "w[ould] not rule on any other motion in the meantime." *Id.* at 2. Since then, plaintiff Azeez Lawal has filed numerous motions, notices, and responses, Dkts. 69, 70, 72, 73, 74, 76, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, and defendant Travelers Insurance Company has filed a response to one of Lawal's motions, Dkt. 75. Lawal also recently moved for sanctions against defendant Turo, Inc., based on a motion filed before the court imposed the stay. Dkts. 85 (original motion), 91 (supplemental motion).

The quantity of pending motions and the rate of new filings has impaired the court's ability to timely resolve the issues raised. Absent further order, all parties are excused from responding to any pending filing.

It is **ORDERED** that the parties must not file any other document unless and until the stay is lifted by subsequent court order. Absent an urgent need for judicial action, they should also refrain from contacting the court. *See* Davis, J., Judge-Specific Information, https://txed.uscourts.gov/?q=judge/magistrate-judge-bill-davis ("Judge Davis generally discourages attorneys and pro se parties from contacting his chambers other than through CM/ECF.").

So **ORDERED** and **SIGNED** this 19th day of March, 2026.

_____
Bill Davis
United States Magistrate Judge